NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA KENNEDY, AS NEXT FRIEND FOR, MICHAEL DAN KENNEDY,**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2011-5106

---

Appeal from the United States Court of Federal Claims in case no. 90-VV-1009, Judge Francis M. Allegra.

---

## ON MOTION

---

Before RADER, *Chief Judge.*

### ORDER

Melissa Kennedy moves to withdraw the order dismissing her appeal for failure to prosecute. The Secretary of Health and Human Services ("Secretary") opposes.

On February 2, 2012, Kennedy's appeal was dismissed for failure to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The court's February 2, 2012 dismissal order will be vacated, the mandate will be recalled, and the motion will be granted if Kennedy files an appendix in accordance with Federal Circuit Rule 30 within 14 days from the date of this order.

FOR THE COURT

APR 3 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly.
Clerk

cc: Andrew D. Downing, Esq.
Michael P. Milmoe, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2012

JAN HORBALY
CLERK